MICHAEL DIDYK, Respondent, v. ASTORIA LIGHT, HEAT AND POWER COMPANY, Appellant.

*Didyk* v. *Astoria Light, Heat & Power Co.*, 172 App. Div. 891, affirmed.

(Submitted October 28, 1918; decided November 12, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 31, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer, in supplying the plaintiff, while at work in a generator house, with an improper electric drop light, through which plaintiff claims to have sustained an electric shock, causing him to fall and strike his head on the ground, resulting in partial paralysis of the right side of his head and body. Defendant contended that there was no sufficient evidence from which the jury could infer that the plaintiff's fall was caused by an electric shock, and that there was no evidence of any negligence on the part of the defendant.

*John A. Garver* for appellant.

*Henry M. Dater, Jay S. Jones* and *David Oggins* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDE-BACK, CARDOZO and POUND, JJ. Absent: ANDREWS, J.